AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
*August 09, 2025*
Nathan Ochsner, Clerk of Court

United States of America
v.
ALVARADO, Alberto

*Defendant(s)*

Case No. C-25-431M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 08, 2025 in the county of Brooks in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 USC 841 (a) (1) | Knowingly, intentionally, and unlawfully possessed with the intent to distribute a controlled substance listed in Schedule I the Controlled Substance Act of 1970, to wit: approximately 156.77 grams (AGW) of cocaine. |

This criminal complaint is based on these facts:

See attachment A

☑ Continued on the attached sheet.

[signature]
*Applicant's signature*

Nickolas Charrier, DEA Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Date: August 9, 2025

[signature]
*Judge's signature*

City and state: Corpus Christi, Texas

Julie K. Hampton, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT "A"**

On August 08, 2025, Drug Enforcement Administration (DEA) Corpus Christi Resident Office (CCRO) Agents and Task Force Officers (TFO), along with the United States Marshal Service (USMS), Homeland Security Investigations (HSI), Falfurrias Police Department (FPD), Kleberg County Sheriff's Office (KCSO), executed a federal search warrant for a resident located in Falfurrias, Texas, (hereinafter referred to as Target Location) an address previously identified as being connected to Alberto ALVARADO. Information received throughout the investigation revealed ALVARADO was an occupant of TARGET LOCATION. The Honorable Julie K. Hampton signed the search warrant on August 04, 2025.

Agents/TFOs executed the search warrant at approximately 6:01AM and located ALVARADO occupying the residence, along with two other males and one other female. Within TARGET LOCATION, Agents/TFOs found items and equipment known by Agents/TFOs to be used in the distribution of narcotics, such as plastic food saver bags, clear plastic baggies with the corners missing, and digital scales.

Agents/TFOs also recovered approximately 156.77 grams of cocaine from the TARGET LOCATION, predominately the majority of the cocaine was recovered from the bedroom identified as ALVARADO's and the female.

ALVARADO was transported to the Brooks County Sheriff's Office and escorted to an interview room. ALVARADO was read his Miranda Warnings and agreed to make a statement to law enforcement. In summary, ALVARADO claimed ownership of the cocaine discovered inside the residence. ALVARADO also stated that he used to sell cocaine when he was younger and started selling cocaine again because he needed money.

The amount of cocaine, plastic food saver bags, clear plastic baggies, and digital scales implied intent to distribute cocaine.

Agents/TFOs presented the case to Assistant United States Attorney John Lamont, who accepted federal prosecution of ALVARADO.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P 4.1., and probable cause found:

Nickolas Charrier
Drug Enforcement Administration, Special Agent

Date: August 9, 2025
City and State: Corpus Christi, Texas

Hon. Julie K. Hampton
U.S. Magistrate Judge